944

No. 74–5246. IVES v. UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Drope* v. *Missouri*, 420 U. S. 162 (1975).

No. ———— ——. OPPENHEIMER v. LOS ANGELES COUNTY FLOOD CONTROL DISTRICT ET AL. C. A. 9th Cir. Motion to dispense with printing petition for writ of certiorari denied. *Snider* v. *All State Administrators, Inc.,* 414 U. S. 685 (1974).

No. A–816. GRANT ET UX. v. FIRST WESTERN BANK, AKA LLOYDS BANK, ET AL. C. A. 9th Cir. Application for stay of order of the United States District Court for the Central District of California, entered on March 3, 1975, denied.

No. A–853 (74–1302). DUNLOP, SECRETARY OF LABOR, ET AL. v. TURNER ELKHORN MINING CO. ET AL. Application for stay of order of the United States District Court for the Eastern District of Kentucky, entered on November 20, 1974, presented to MR. JUSTICE STEWART, and by him referred to the Court, granted pending final disposition of appeal by this Court.

No. 74–754. UNITED STATES v. MANDUJANO. C. A. 5th Cir. [Certiorari granted, 420 U. S. 989.] Motion for appointment of counsel granted. It is ordered that Michael Allen Peters, Esquire, of Houston, Tex., be, and he is hereby, appointed to serve as counsel for respondent in this case.